# EXHIBIT A

## BooginHead v. Cheeky Chompers

### (U.S. Patent No. D780,400)

US00D780400S

(12) **United States Design Patent** (10) Patent No.: **US D780,400 S**

Livingstone et al. (45) Date of Patent: ** **Mar. 7, 2017**

(54) **NECKERCHIEF**

(71) Applicants: **Amy Livingstone**, Roslin (GB); **Julie Wilson**, Edinburgh (GB)

(72) Inventors: **Amy Livingstone**, Roslin (GB); **Julie Wilson**, Edinburgh (GB)

(**) Term: **14 Years**

(21) Appl. No.: **29/517,284**

(22) Filed: **Feb. 11, 2015**

**Related U.S. Application Data**

(63) Continuation of application No. PCT/GB2013/000340, filed on Aug. 12, 2013.

(51) **LOC (10) Cl.** ............................................. **02-05**
(52) **U.S. Cl.**
USPC ........................................... **D2/500**; D2/863
(58) **Field of Classification Search**
USPC ................ D2/500, 503, 508, 600, 602, 608, 854,D2/860, 861, 862, 863, 864; D11/202, 204
CPC ....... A41B 13/00; A41B 13/10; A41B 13/103; A41B 13/106; A41D 2300/00; A41D 25/00; A41D 25/001; A41D 25/005; A41D 25/006; A41D 25/16
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,327,062 A | * | 1/1920 | Quinn ................... | A41B 15/00 2/1 |
| D74,051 S | * | 12/1927 | Fenwick ........................ | D2/506 |
| D117,724 S | * | 11/1939 | Steinberg ...................... | D2/500 |
| D179,831 S | * | 3/1957 | Young ........................... | D2/500 |
| D183,646 S | * | 10/1958 | Cash ............................. | D2/502 |
| 3,105,970 A | * | 10/1963 | Herzberg .............. | A41D 23/00 2/207 |
| D402,785 S | * | 12/1998 | Franzreb ........................ | D2/500 |

| | | | | |
|---|---|---|---|---|
| 6,209,133 B1 | * | 4/2001 | Hinshaw .............. | A41B 13/103 2/49.1 |
| D449,917 S | * | 11/2001 | Dunn ............................ | D2/860 |
| D490,217 S | * | 5/2004 | Anderson ..................... | D2/861 |

(Continued)

FOREIGN PATENT DOCUMENTS

EM        002169300-0001        *  1/2013

OTHER PUBLICATIONS

The Neckerchew—Twinkle Twinkle, [on-line]; [review posted to the Internet Jul. 30, 2014]; [retrieved from the Internet Aug. 2, 2016]; URL: < https://www.amazon.com/Cheeky-Chompers-710081-The-Neckerchew/dp/B00D2X6ZEC>. (7 pages).*

(Continued)

*Primary Examiner* — Karen E. Eldridge Powers
*Assistant Examiner* — Jasmine Mlinarcik
(74) *Attorney, Agent, or Firm* — Buchanan Nipper

(57) **CLAIM**

We claim the ornamental design for a neckerchief, as shown and described.

**DESCRIPTION**

FIG. **1** is a top plan view of a neckerchief showing our design;
FIG. **2** is a partial top plan view thereof;
FIG. **3** is a partial bottom plan view thereof; and,
FIG. **4** is a partial first side elevation view thereof.
The neckerchief illustrated in broken lines in FIG. **1** represents environmental structure and forms no part of the claimed design.
The dash-dot-dash broken line illustrated in FIG. **4** defines the bounds of the claimed design and forms no part thereof.

**1 Claim, 2 Drawing Sheets**



## US D780,400 S

Page 2

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D490,967 S | * | 6/2004 | Anderson | ...................... D2/861 |
| D490,968 S | * | 6/2004 | Anderson | ...................... D2/861 |
| D493,273 S | * | 7/2004 | Anderson | ...................... D2/861 |

### OTHER PUBLICATIONS

Help Your Little Cheeky Chomper, [on-line]; [posted to the Internet Jan. 14, 2015]; [retrieved from the Internet Aug. 2, 2016]; URL: < http://www.cheekychompersus.com/index.php?route=blog/article &article_id=5.> (1 page).*

Our Product Range, [on-line]; [Wayback Machine crawl back date posted to the Internet Feb. 19, 2015]; [retrieved from the Internet Aug. 2, 2016]; URL:<https://web.archive.org/web/20150219225827/http://www.cheekychompersus.com/index.php?route=product/category&path=59>. (4 pages).*

Introducing Cheeky Chompers, [on-line]; [published to the Internet Nov. 25, 2015]; [retrieved from the Internet Aug. 2, 2016]; URL: < https://www.youtube.com/watch?v=Gddh__L-RGw4>. (2 pages).*

2pk Bandana Teething Bibs—Unisex, [on-line]; [publication date unknown]; [retrieved from the Internet Aug. 2, 2016]; URL: < http://www.nuby-uk.com/view-product?product_id=1248>.   (2 pages).*

Cherries Soft Cotton Baby Teething Bandana . . . [on-line]; [publication date unknown]; [retrieved from the Internet Aug. 2, 2016]; URL: < http://www.terapeak.com/worth/cherries-soft-cotton-baby-teething-bandana-teething-bib-chew-bib-drool>. (2 pages).*

Third Party Observation on International Application No. PCT/GB2013/000340, mailed on Jun. 11, 2014.

Third Party Observation on International Application No. PCT/GB2013/000340, mailed on Jun. 18, 2014.

UKIPO Search Report on Application No. GB1314360.7, mailed on Jan. 30, 2014.

CFRO Examination Report on Application No. GB1314360.7, mailed on Jan. 7, 2015.

* cited by examiner



FIG. 1



FIG. 3

FIG. 4

FIG. 2