# EXHIBIT B

## BooginHead v. Cheeky Chompers

### (March 24, 2017 letter)



buchanan+nipper

24 March 2017

BooginHead LLC
375 NW Gilman Blvd., Suite B101
Issaquah, WA 98027

RE:    Notification Regarding U.S. Patent No. D780,400

This Firm represents Cheeky Chompers Ltd. ("Cheeky Chompers") with respect to its intellectual property matters, and I write to you on their behalf.

Cheeky Chompers manufactures and sells, among other things, a chewy dribble bib branded with the NECKERCHEW® trademark. Its NECKERCHEW® chewy dribble bibs are sold in the U.S. through a number of retailers, including Amazon.com, and can be seen on their website at: http://cheekychompersus.com/.

Cheeky Chompers has recently learned from an industry source that you are selling and distributing a chewy dribble bib. An apparent example of this chewy dribble bib can be seen on your website at: http://www.booginhead.com/bandana. Cheeky Chompers has not yet had an opportunity to review your chewy dribble bib or to confirm this industry rumor.

Please be advised that Cheeky Chompers holds rights to the design for a chewy dribble bib under U.S. Design Patent No. D780400. A copy of this patent is enclosed for your convenience.

If BooginHead LLC is making, using, or selling products that fall within the scope of U.S. Patent No. D780400, BooginHead LLC is hereby directed to cease and desist from such activity immediately.  If BooginHead LLC is infringing this patent and continues with its infringement, such action may likely lead to the immediate filing of a Complaint for Infringement by Cheeky Chompers.

If I can answer any questions for you concerning this matter, please feel free to contact me.

Best regards,

STEPHEN M. NIPPER
Registered Patent Attorney
Buchanan Nipper
steve@bnip.com
208-629-0020 x152

SMN/cg
Enclosure

Offices
407 Washington Street + Toledo, OH 43604
1508 W. Cayuse Creek Dr., Ste. 125 + Meridian, ID + 83646

Correspondence
P.O. Box 700
Perrysburg, OH 43552

Contact
888.900.2476
bnip.com

tomorrow is here®